# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **FADI OSAMA ERSHID,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| **MARY DE ANDA-YBARRA,** § | |
| **DIRECTOR OF EL PASO FIELD** § | |
| **OFFICE OF IMMIGRATION AND** § | No. 3:25-CV-00557-LS |
| **CUSTOMS ENFORCEMENT;** § | |
| **MARCOS CHARLES, ACTING** § | |
| **EXECUTIVE ASSOCIATE** § | |
| **DIRECTOR OF ENFORCEMENT** § | |
| **AND REMOVAL OPERATIONS;** § | |
| **TODD LYONS, ACTING DIRECTOR** § | |
| **FOR IMMIGRATION AND CUSTOMS** § | |
| **ENFORCEMENT; MADISON** § | |
| **SHEAHAN, DEPUTY DIRECTOR OF** § | |
| **IMMIGRATION AND CUSTOMS** § | |
| **ENFORCEMENT; KRISTI NOEM,** § | |
| **SECRETARY OF HOMELAND** § | |
| **SECURITY; and PAMELA BONDI,** § | |
| **U.S. ATTORNEY GENERAL,** § | |
| § | |
| *Respondents*. § | |

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Petitioner Fadi Osama Ershid filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] He also filed a motion for a temporary restraining order.[2] For the following reasons, the Court denies Petitioner's motion.

**I.     LEGAL STANDARD.**

---

[1] ECF No. 1.
[2] ECF No. 4.

The elements required to grant a motion for injunctive relief are:

(1) there is a substantial likelihood that the movant will prevail on the merits; (2) there is a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs the threatened harm to the defendant; and (4) the granting of the preliminary injunction will not disserve the public interest.[3]

When the government is the opposing party, the third and fourth elements merge.[4] The district court has discretion as to whether to grant or deny a preliminary injunction.[5]

## II.   ANALYSIS.

In his motion for a temporary restraining order and preliminary injunction, Petitioner requests that a hearing be held on his petition for a writ of habeas corpus at the earliest possible opportunity.[6] The Court has ordered Respondents to show cause why the writ should not be granted.[7] Once Respondents have shown cause, a hearing may be set in the case.[8] The Court will not set a hearing in this case before then.

## III.   CONCLUSION

For this reason, Petitioner's motion [ECF No. 4] is denied.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 25, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] *Clark v. Prichard*, 812 F.2d 991, 993 (5th Cir. 1987).
[4] *Texas v. U.S. Dep't of Homeland Sec.*, 700 F. Supp. 3d 539, 544 (W.D. Tex. 2023) (quoting *Nken v. Holder*, 556 U.S. 418, 435–36 (2009)).
[5] *Apple Barrel Prods., Inc. v. Beard*, 730 F.2d 384, 386 (5th Cir. 1984).
[6] ECF No. 4 at 1.
[7] ECF No. 3.
[8] 28 U.S.C. § 2243.