UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| FADI OSAMA ERSHID,<br><br>*Petitioner*,<br><br>v.<br><br>MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE EL PASO FIELD OFFICE OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, IN HIS OFFICIAL CAPACITY AS ACTING EXECUTIVE ASSOCIATE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR FOR IMMIGRATION AND CUSTOMS ENFORCEMENT; MADISON SHEAHAN, IN HER OFFICIAL CAPACITY AS DEPUTY DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; and PAMELA BONDI, IN HER OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § No. 3:25-CV-00557-LS |

## ORDER FOR REPLY

Petitioner Fadi Osama Ershid filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on November 17, 2025.[1] He argues that his detention is unlawful because Respondents

---
[1] ECF No. 1.

have failed to serve his Notice to Appear on the Executive Office of Immigration Review.[2] He also argues that he is subject to detention under 8 U.S.C. § 1226(a) and has a right to a bond hearing.[3]

Respondents filed their response on December 9, 2025.[4] They assert that Petitioner's primary claim, that his Notice to Appear was not filed, is now moot, as it was filed on November 21, 2025.[5] Respondents also assert that Petitioner was afforded a bond hearing.[6]

Given Respondents' assertion that Petitioner's main claim in his habeas petition is now moot, the Court determines that further briefing from Petitioner is required. Therefore, the Court orders Petitioner to file a reply to Respondents' filing by **January 2, 2026**, explaining why his petition for a writ of habeas corpus is not moot.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 19, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[2] *Id.* at 2.
[3] *Id.* at 6.
[4] ECF No. 6.
[5] *Id.* at 2.
[6] *Id.* at 3.